Quyen Kiet (SBN: 182399)
Kiet, Cothran & Zirillo, APC
1576 N. Batavia St., Ste. 1C
Orange, CA 92867
Tel.   (714) 974-5652
Fax   (714_221-0890
Email kczlawbk@gmail.com



FILED
MAR 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Antonio Guerrero<br><br>Debtor(s). | Case No. **2:09-bk-43000-VK**<br><br>Chapter 13<br><br>NOTICE OF WITHDRAWAL OF MOTION TO AVOID LIEN<br><br>DATE: **April 14, 2010**<br>TIME:  **2:30PM**<br>PLACE: Courtroom 1675<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**NOTICE OF WITHDRAWAL OF MOTION TO AVOID LIEN REAL PROPERTY LIEN OF PARTNERS FEDERAL CREDIT UNION**

**RELATED DOCKET NUMBERS: 31 & 38**

**TO BANK OF AMERICA, ITS ATTORNEYS, AND ANY INTERESTED PARTIES:**

Debtor, Antonio Guerrero, through his Attorney of record, hereby withdraws the Motion to Avoid Lien (Real Property) docketed numbers 31 & 38 scheduled for hearing on April 14, 2010 at 2:30PM.

[SIGNATURE PAGE FOLLOWS]

|     |                          |                                |
| --- | ------------------------ | ------------------------------ |
| 1   |                          | RESPECTFULLY SUBMITTED         |
| 2   | Date: March 18, 2010     |                                |
| 3   |                          | Kiet, Cothran & Zirillo, APC   |

_____

Quyen Kiet, 182399

# PROOF OF SERVICE AND SERVICE LIST

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Notice is given by the court that a document entitled (*specify*) **NOTICE OF WITHDRAWAL OF MOTION TO AVOID LIEN [Related Docket #'s: 31 & 38]** was filed on the date indicated as "Date" on the signature page of the document and will be served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the Notice. As of 3/18/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this Notice was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Bank of America, 1825 E. Buckeye Road, Phoenix, AZ 85034

Nancy K. Curry, 606 South Olive Street, Ste: 950, Los Angeles, CA 90014

Judge Victoria Kaufman, 255 E. Temple Street, Crtm. 1675, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2010 | **German Munoz** | *(signature)* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3