| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Quyen T. Kiet<br>Kiet, Cothran & Zirillo, APC<br>1576 N. Batavia St., Suite 1C<br>Orange, CA 92867<br>(714) 974-5652 Fax: (714) 221-0890<br>California State Bar Number: 182399<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:09-bk-43000 |
|---|---|
| In re<br><br>Antonio Guerrero<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Antonio Guerrero__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 11/23/2009.

2. I am the owner of real property[1] at the following street address:

    __1250 Oakridge Drive.__

    __Glendale, CA 91205__                                              (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Indymac Bank.

    b. Second deed of trust in favor of Bank of America.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments

F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 5

| In re Antonio Guerrero | Debtor(s). | CHAPTER 13 CASE NUMBER 2:09-bk-43000 |
|---|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Indymac Bank | $3,378.31 | 08/15/2010 | 07/30/2010 & 08/09/2010 |
|  | $3,378.31 | 09/15/2010 | 09/01/2010 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 3 of 5*

| In re<br>**Antonio Guerrero**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **2:09-bk-43000** |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **September 9, 2010**         Signature   /S/ Antonio Guerrero
                                               **Antonio Guerrero**
                                               Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy



Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1616203028

07/30/2010

California

Remitter  ANOTONIO GUERRERO

$ **********3,378.31  ***

Pay To The
Order Of
C-01 WEST BANK
888 E. WALNUT ST , PASADENA , CA 91101

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

PASADENA OFFICIA[L USE]

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 |

Postmark Here   07/30/2010

Sent To  C-01 West Bank
Street, Apt. No.; or PO Box No.  888 E. Walnut St
City, State, ZIP+4  Pasadena, CA 91101

PS Form 3800, August 2006    See Reverse for Instructions

OneWest Bank

8/5/2010

ANTONIO GUERRERO
1250 OAKRIDGE DR
GLENDALE, CA 91205-3461

Dear Sir Or Madam:

We have received the deposit to fund your Account, however we are unable to fund the account due to:

| | |
|---|---|
| _____ | Missing maker signature |
| _____ | Missing Endorsement |
| _____ | Invalid payee |
| _____ | Discrepancy between legal & numerical amount |
| _____ | Account previously funded |
| _____ | Customer request |
| _____ | Payee not on account |
| _____ | Stop Payment |
| _____ | Altered check. |
| X | Other    NOT ABLE TO LOCATE ACCOUNT. |

If you have any questions regarding this matter, please call the Customer contact Center at 1-800-998-2900

Enclosure


Member FDIC
EQUAL HOUSING LENDER

OWB-128 Rev. (7/09)



Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

**Customer Copy**

1616203183

08/09/2010

California

Remitter ANTONIO GUERRERO

$ *********3,378.31  ***

Pay To The Order Of   C-01 WEST BANK
888 E. WALNUT ST . PASADENA , CA 91101

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

_____  Altered check.

_____X_____   Other   NOT ABLE TO LOCATE ACCOUNT.

If you have any questions regarding this matter, please call the Customer contact Center at 1-800-998-2900

Enclosure


Member FDIC
EQUAL HOUSING LENDER

OWB-128 Rev. (7/09)

CHASE ◯

Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy
1616203394
09/01/2010

California

Remitter  ANTONIO GUERRERO

$ **********3,378.31 ***

Pay To The
Order Of  C-01 WEST BANK
888 E. WALNUT ST. PASADENA, CA 91101

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ONE WEST BANK
888 E WALNUT ST
PASADENA CA 91101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SEP 02 2010

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

   _ _ _ _ _ _ _ (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 1060 0000 2950 1439

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0714 |
| Certified Fee | $2.80 | 11 |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 09/01/2010 |

ONE WEST BANK
888 E WALNUT ST
PASADENA CA 91101

PS Form 3800, August 2006    See Reverse for Instructions