| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry<br>Chapter 13 Standing Trustee<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014<br>(213) 689-3014 FAX (213) 689-3055<br>trustee13la@aol.com<br><br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>**DEC 22 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY vandenst DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION**

| In re:<br><br>Guerrero, Antonio<br><br><br><br>Debtor(s). | CASE NO.: 2:09-bk-43000-VK<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING CHAPTER 13 PLAN**<br><br>DATE: November 24, 2010<br>TIME: 10:30 A.M.<br>COURTROOM:1675<br>PLACE: 255 E. Temple Street<br>     Los Angeles, CA 90012 |
|---|---|

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on 07/20/2010.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan payments:

   a. ☐ The amount of each monthly plan payment is $_____ The due date is the ____ day of each month for _0_ months. The Plan provides for the payment of ____% of allowed claims for general unsecure creditors.

   b. ☒ The amount of each monthly plan payment is $589.98 for months  1 thru 1 . For months  2 thru 2 , the monthly plan payment is $640.96 , for months  3 thru 60  the monthly plan payments is $705.94 , for months _____ the monthly plan payments is $_____. **[Repeat as needed]** The due date is ____ day of each month. The Plan provides for the payment of   3  % of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

April 2010                                Page 1                                **F 3015-1.21.ORDER**

3. Other provisions:

   a. ☒ This is a base plan with the debtor(s) paying at least $<u>42,110.48</u> of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

   b. ☒ The Trustee is authorized to make payment to holders of secured claims based on the Plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

   c. ☒ Counsel for debtor(s) is awarded fees of $<u>4,000.00</u>; having previously received $<u>1,326.00</u> counsel is entitled to payment of $<u>0</u> from the estate.

   d. ☐ See attachment for additional provisions incorporated in this Order.

   e. ☐ Interlineations:

###

DATED: December 22, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*                                   Page 2                                   **F 3015-1.21.ORDER**