NANCY CURRY
CHAPTER 13 STANDING TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA 90014
(213) 689-3014  FAX(213) 689-3055, trustee13la@aol.com

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION ||
|---|---|
| In re<br><br>GUERRERO, ANTONIO<br><br><br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:09-bk-43000-ER<br><br>NOTICE AND TRUSTEE'S MOTION TO DISMISS DUE TO A MATERIAL DEFAULT OF A PLAN PROVISION 11 U.S.C. §1307(c); THE PRESENT PLAN PAYMENT WILL NOT PAY OUT THE CLAIMS PRIOR TO PLAN EXPIRATION<br><br>NO HEARING REQUIRED |

   **PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

<u>DEADLINE FOR OPPOSITION AND REQUEST FOR HEARING</u>

**Local Bankr. R. 9013-1 (o)(1) provides that any response and request for hearing must be filed and served not later than 14 days of the date of service. A party who responds to a Trustee's motion to dismiss must obtain a hearing date from the Court and give notice thereof with the response. Local Bankr. R. 3015-1 (w)(3).**

DATED: August 5, 2011                                                                        /s/ Nancy Curry


   I, Nancy Curry, do hereby declare and state as follows:

1. I am the Chapter 13 Trustee for Case No. LA 2:09-bk-43000-ER, GUERRERO, ANTONIO  debtor.

2. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would competently so testify.

3. The plan was confirmed on November 24, 2010.  The plan term is 60 months. Accordingly, the debtor's plan will expire on November 24, 2015.

4. The present monthly plan payment <u>will not pay</u> within the plan's term the remaining balance of all allowed claims: **$42,597.33** (not including interest). Debtor's projected failure to pay all allowed claims prior to the plan expiration represents a material default warranting dismissal.

 I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on August 5, 2011.
                                                                                             /S/ Nancy Curry

PROOF OF SERVICE OF DOCUMENT

In Re:   GUERRERO, ANTONIO
         Case No. LA 2:09-bk-43000-ER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA  90014

The foregoing document described as **NOTICE AND TRUSTEE'S MOTION TO DISMISS DUE TO A MATERIAL DEFAULT OF A PLAN PROVISION 11 U.S.C. §1307(c); THE PRESENT PLAN PAYMENT WILL NOT PAY OUT THE CLAIMS PRIOR TO PLAN EXPIRATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On August 5, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On August 5, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| GUERRERO, ANTONIO<br>1250 OAKRIDGE DR.<br>GLENDALE, CA 91205 | JONATHAN P. COTHRAN<br>KIET, COTHRAN & ZIRILLO APC<br>1748 W. KATELLA AVE., #112<br>ORANGE, CA 92867- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on August 5, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2011 | Heather Pedroza | /s/ Heather Pedroza |
|---|---|---|
| Date | Type Name | Signature |

| Debtor | Attorney for Debtor |
|---|---|
| GUERRERO, ANTONIO<br>1250 OAKRIDGE DR.<br>GLENDALE, CA 91205 | JONATHAN P. COTHRAN<br>KIET, COTHRAN & ZIRILLO APC<br>1748 W. KATELLA AVE., #112<br>ORANGE, CA 92867- |