Masako Okuda, Esq. (SBN 247925)
Nancy Curry, Chapter 13 Trustee
606 South Olive St, Suite 950
Los Angeles, CA 90014
TEL: (213) 689-3014
FAX: (213) 689-3055

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

#### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTONIO GUERRERO,<br><br><br><br><br><br>                          Debtor. | ) **Case No.: 2:09-bk-43000-ER**<br>)<br>) Chapter 13<br>)<br>) **TRUSTEE'S RESPONSE TO DEBTOR'S**<br>) **OPPOSITION TO TRUSTEE'S MOTION**<br>) **TO DISMISS DUE TO A MATERIAL**<br>) **DEFAULT OF A PLAN PROVISION**<br>) **PURSUANT TO 11 U.S.C §1307(c)**<br>)<br>) <u>Hearing</u><br>) Date:  September 22, 2011<br>) Time:  1:30 P.M.<br>) Place: 255 E. Temple Street<br>)           Ctrm 1568<br>)           Los Angeles, CA 90012<br>)<br>) |

**TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; DEBTOR'S ATTORNEY; AND ALL OTHER INTERESTED PARTIES:**

Nancy Curry, Standing Chapter 13 Trustee hereby files this Response to the Debtor's Opposition to her Motion to Dismiss Due to a Material Default of a Plan Provision based on the following:

1.   The debtor Antonio Guerrero ("Debtor") filed this case on November 23, 2009.

Case 2:09-bk-43000-ER   Doc 71   Filed 09/19/11   Entered 09/19/11 13:07:15   Desc
Main Document    Page 2 of 25

2.   The Order Confirming Plan was entered on December 22, 2010, which provides its terms as set forth below:

> Plan term:      60 months
>
> Plan payments: $589.98/mo for month 1
>
>                $640.96/mo for month 2
>
>                $705.94/mo for months 3 – 60
>
> Class-5 %:     3%

A true and correct copy of the Order Confirming Plan is attached as Exhibit "A" and is incorporated herein by this reference.

3.   On August 5, 2011, the Trustee filed a Motion to Dismiss because the confirmed plan payments are infeasible. A true and correct copy of the Motion is attached as Exhibit "B" and is incorporated herein by this reference.

4.   On August 19, 2011, the Debtor filed an Opposition to the Motion stating that making an extra $500 payment will address the infeasibility issue. A true and correct copy of the Opposition is attached as Exhibit "C" and is incorporated herein by this reference.

5.   The confirmed plan payments are still infeasible because they will not pay out the current balance of $44,871.35 (including 11% trustee fee) within the remaining term of 38 months. A true and correct copy of the claim accounting is attached as Exhibit "D" and is incorporated herein by this reference.

WHEREFORE, the Chapter 13 Trustee respectfully requests the Court to grant the Motion to Dismiss.

Dated: September 19, 2011        Respectfully submitted,


                                 /s/ Masako Okuda
                                 Attorney for
                                 Nancy Curry, Chapter 13 Trustee

## <u>DECLARATION OF MASAKO OKUDA</u>

I, Masako Okuda, declare and state as follows:

1.    Nancy Curry is the Chapter 13 Trustee (the "Trustee") with respect to Chapter 13 Case No. 09-43000ER, Antonio Guerrero.

2.    I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. As to the following facts, I know them to be true from my personal knowledge or I have gained knowledge of them from the Trustee's business records which were maintained in the ordinary course of business made at or near the time of the acts, conditions, or events.

3.    The debtor Antonio Guerrero ("Debtor") filed this case on November 23, 2009.

4.    The Order Confirming Plan was entered on December 22, 2010, which provides its terms as set forth below:

       Plan term:      60 months

       Plan payments: $589.98/mo for month 1

                       $640.96/mo for month 2

                       $705.94/mo for months 3 - 60

       Class-5 %:      3%

A true and correct copy of the Order Confirming Plan is attached as <u>Exhibit "A"</u> and is incorporated herein by this reference.

5.    On August 5, 2011, the Trustee filed a Motion to Dismiss because the confirmed plan payments are infeasible. A true and correct copy of the Motion is attached as <u>Exhibit "B"</u> and is incorporated herein by this reference.

6.    On August 19, 2011, the Debtor filed an Opposition to the Motion stating that making an extra $500 payment will

4

address the infeasibility issue. A true and correct copy of the Opposition is attached as <u>Exhibit "C"</u> and is incorporated herein by this reference.

7.    The confirmed plan payments are still infeasible because they will not pay out the current balance of $44,871.35 (including 11% trustee fee) within the remaining term of 38 months. A true and correct copy of the claim accounting is attached as <u>Exhibit "D"</u> and is incorporated herein by this reference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on September 19, 2011.


                                        /s/ Masako Okuda
                                        Masako Okuda

**EXHIBIT "A"**

<table>
<tr><td>

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Nancy Curry
Chapter 13 Standing Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014 FAX (213) 689-3055
trustee13la@aol.com

*Chapter 13 Trustee*

</td><td>

FOR COURT USE ONLY

**FILED & ENTERED**

**DEC 22 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

</td></tr>
</table>

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- <u>LOS ANGELES</u> DIVISION

| In re:<br><br>Guerrero, Antonio<br><br><br><br>Debtor(s). | CASE NO.: 2:09-bk-43000-VK<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING<br>CHAPTER 13 PLAN**<br><br>DATE: November 24, 2010<br>TIME: 10:30 A.M.<br>COURTROOM:1675<br>PLACE: 255 E. Temple Street<br>         Los Angeles, CA 90012 |
|---|---|

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>07/20/2010</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.  The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a).  The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1.  Plan payments:

    a.  ☐ The amount of each monthly plan payment is $_____  The due date is the _____day of each month for _0_ months.   The Plan provides for the payment of _____% of allowed claims for general unsecure creditors.

    b.  ☒ The amount of each monthly plan payment is $<u>589.98 </u>for months  <u>1 thru 1</u>. For months <u>2 thru 2</u>, the monthly plan payment is $<u>640.96 </u>, for months  <u>3 thru 60</u>  the monthly plan payments is $<u>705.94 </u>, for months_____the monthly plan payments is $_____. **[Repeat as needed]** The due date is _____day of each month.  The Plan provides for the payment of __3__% of allowed claims for general unsecured creditors.

2.  Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*                                    Page 1                                    **F 3015-1.21.ORDER**

3. Other provisions:

a. ☒ This is a base plan with the debtor(s) paying at least $42,110.48 of disposable income into the Plan.  The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%.  The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

b. ☒ The Trustee is authorized to make payment to holders of secured claims based on the Plan.  However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

c. ☒ Counsel for debtor(s) is awarded fees of $4,000.00; having previously received $1,326.00 counsel is entitled to payment of $0 from the estate.

d. ☐ See attachment for additional provisions incorporated in this Order.

e. ☐ Interlineations:

###

DATED: December 22, 2010

_United States Bankruptcy Judge_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

April 2010    Page 2    **F 3015-1.21.ORDER**

# EXHIBIT "B"

NANCY CURRY
CHAPTER 13 STANDING TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA 90014
(213) 689-3014  FAX(213) 689-3055, trustee13la@aol.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**LOS ANGELES DIVISION** | |
| In re<br><br>GUERRERO, ANTONIO<br><br><br><br><br><br><br><br><br>Debtor | **CHAPTER 13**<br><br>**CASE NO. 2:09-bk-43000-ER**<br><br>**NOTICE AND TRUSTEE'S MOTION TO DISMISS DUE TO A MATERIAL DEFAULT OF A PLAN PROVISION 11 U.S.C. §1307(c); THE PRESENT PLAN PAYMENT WILL NOT PAY OUT THE CLAIMS PRIOR TO PLAN EXPIRATION**<br><br>**NO HEARING REQUIRED** |

     **PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

<u>DEADLINE FOR OPPOSITION AND REQUEST FOR HEARING</u>

**Local Bankr. R. 9013-1 (o)(1) provides that any response and request for hearing must be filed and served not later than 14 days of the date of service. A party who responds to a Trustee's motion to dismiss must obtain a hearing date from the Court and give notice thereof with the response. Local Bankr. R. 3015-1 (w) (3).**

DATED: August 5, 2011                                             /s/ Nancy Curry


     **I, Nancy Curry, do hereby declare and state as follows:**

1. I am the Chapter 13 Trustee for Case No. LA 2:09-bk-43000-ER, GUERRERO, ANTONIO  debtor.

2. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would competently so testify.

3. The plan was confirmed on November 24, 2010.  The plan term is 60 months. Accordingly, the debtor's plan will expire on November 24, 2015.

4. The present monthly plan payment <u>will not pay</u> within the plan's term the remaining balance of all allowed claims: **$42,597.33** (not including interest). Debtor's projected failure to pay all allowed claims prior to the plan expiration represents a material default warranting dismissal.

 I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on August 5, 2011.

                                                                 /S/ Nancy Curry

**PROOF OF SERVICE OF DOCUMENT**

In Re:   GUERRERO, ANTONIO
         Case No. LA 2:09-bk-43000-ER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA  90014

The foregoing document described as **NOTICE AND TRUSTEE'S MOTION TO DISMISS DUE TO A MATERIAL DEFAULT OF A PLAN PROVISION 11 U.S.C. §1307(c); THE PRESENT PLAN PAYMENT WILL NOT PAY OUT THE CLAIMS PRIOR TO PLAN EXPIRATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d): and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On August 5, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On August 5, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| GUERRERO, ANTONIO<br>1250 OAKRIDGE DR.<br>GLENDALE, CA 91205 | JONATHAN P. COTHRAN<br>KIET, COTHRAN & ZIRILLO APC<br>1748 W. KATELLA AVE., #112<br>ORANGE, CA 92867- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on August 5, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2011 | Heather Pedroza | /s/ Heather Pedroza |
|---|---|---|
| Date | Type Name | Signature |

| Debtor | Attorney for Debtor |
|---|---|
| GUERRERO, ANTONIO<br>1250 OAKRIDGE DR.<br>GLENDALE, CA 91205 | JONATHAN P. COTHRAN<br>KIET, COTHRAN & ZIRILLO APC<br>1748 W. KATELLA AVE., #112<br>ORANGE, CA 92867- |

# EXHIBIT "C"

Jonathan P. Cothran (SBN: 259210)
1  Kiet, Cothran & Zirillo, APC
   1748 W Katella Ave, Suite 112
2  Orange, CA 92867
   Tel.   (714) 974-5600
3  Fax   (714_221-0890
   Email  kczlawbk@gmail.com
4

5

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                        LOS ANGELES DIVISION

10  In re                              Case No. **2:09-bk-43000-ER**

11    Antonio Guerrero                 Chapter 13

12            Debtor.                  NOTICE AND OPPOSITION TO
                                       TRUSTEE'S MOTION TO DISMISS
13                                     DEBTORS' CHAPTER 13 CASE

14                                     DATE:   **September 6, 2011**
                                       TIME:   **11:00 AM**
15                                     PLACE:  Courtroom 1568
                                               255 E Temple Street
16                                             Los Angeles, CA 90012

17  TO THE HONORABLE ERNEST ROBLES, NANCY CURRY, CHAPTER 13

18  TUSTEE and all other interested parties:

19       **NOTICE IS HEREBY GIVEN** that on September 6, 2011 at 11:00 AM in

20  Courtroom 1568 of the U.S. Bankruptcy Court located at 255 E Temple Street, Los

21  Angeles, CA 90012, debtor Antonio Guerrero will oppose the Trustee, Nancy

22  Curry's Motion for an Order Dismissing the Debtors' Chapter 13 Case.

23       Debtors' opposition will be based upon the attached declaration of Jonathan

24  Cothran and Exhibit 1 attached hereto.

25
    //
26

27

28                                   -1-

    Opposition to Trustee's Motion to Dismiss Chapter 13 Case

1         Based on these items Debtors respectfully request the court enter an order

2    denying the Trustee's motion to dismiss the Debtors' Chapter 13 Case.

3

4                                RESPECTFULLY SUBMITTED

5    Date: August 19, 2011                   Kiet, Cothran & Zirillo, APC

6

7

8                             Jonathan P. Cothran, 259210

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    -2-

# DECLARATION OF JONATHAN COTHRAN

I, Jonathan Cothran, make the following declaration under penalty of perjury of the law of the United States of America:

1. I am a duly licensed and practicing attorney in the State of California and the Federal Central District of California.

2. I am an Attorney in the Law Firm representing the Debtors in the above captioned case.

3. On December 22, 2010, Debtor's plan was confirmed paying $42,110.48 total under the plan.

4. On August 5, 2011, Trustee, Nancy Curry, filed a motion to dismiss because the plan has filed claims amounting to $42,597.33.

5. This motion is based on a difference of $486.85 necessary to make the plan feasible.

6. Attached hereto as Exhibit 1 is a true and correct copy of a check for $500 made out to Nancy Curry, Chapter 13 Trustee, in the above captioned matter.

7. Attached hereto as Exhibit 2 is a true and correct copy of the Order Confirming Plan pulled from the ECF servers on August 19, 2011.

8. This check, along with the regular payments made by the debtor will make the total for the plan $42,610.48. Enough to cover all filed claims. The Trustee has made no claims that the debtor is delinquent on any of the required plan payments.

Executed this 19th day of August 2011 at Orange, California.

_____
Jonathan Cothran

-3-

Opposition to Trustee's Motion to Dismiss Chapter 13 Case

# PROOF OF SERVICE OF DOCUMENT

1

2  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3  **1748 W Katella Ave, Suite 112, Orange, CA 92867**

4  A true and correct copy of the foregoing document described Notice of Motion and Motion to Avoid Lien of Bank of America Pursuant to 11 U.S.C. 506(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

5

6  I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 19, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

7

8

9  | Nancy Curry, Chapter 13 Trustee: | ecfnc@trustee13.com |
| US Trustee (RS): | ustpregion16.la.ecf.usdoj.gov |

10  ☐ Service information continued on attached page

11  II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 19, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this

12  bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as

13  follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

14  Honorable Ernest Robles, 255 E Temple Street, Suite 1560, Los Angeles, CA 90012

15  Nancy Curry, Chapter 13 Trustee, 606 S Olive Street, Suite 950, Los Angeles, CA 90014

16  ☐ Service information continued on attached page

17  III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____

18  ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here

19  constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

20

21  ☐ Service information continued on attached page

22

23  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24  | August 19, 2011 | Jonathan Cothran | /s/ Jonathan Cothran |
| Date | Type Name | Signature |

25

26

27

28

-4-

# Exhibit 1

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE ◯

1103709289 $\frac{91-2}{1221}$

Date   08/10/2011

Remitter   ANTONIO GUERRERO

Pay:   FIVE HUNDRED DOLLARS AND 00 CENTS

$ ************500.00 ***

Pay To The
Order Of   NANCY CURRY, CHAPTER 13 TRUSTE

Drawer: **JPMORGAN CHASE BANK, N.A.**

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Security
Feature
Details on
Back.

⑈1103709289⑈ ⑆122100024⑆ 806002234⑈

# Exhibit 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry<br>Chapter 13 Standing Trustee<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014<br>(213) 689-3014 FAX (213) 689-3055<br>trustee13la@aol.com<br><br><br><br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>DEC 22 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY vandenst DEPUTY CLERK |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- <u>LOS ANGELES</u> DIVISION

| | |
|---|---|
| In re:<br><br>Guerrero, Antonio<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:09-bk-43000-VK<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING<br>CHAPTER 13 PLAN**<br><br>DATE: November 24, 2010<br>TIME: 10:30 A.M.<br>COURTROOM:1675<br>PLACE: 255 E. Temple Street<br>         Los Angeles, CA 90012 |

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>07/20/2010</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan payments:

    a. ☐ The amount of each monthly plan payment is $_____ The due date is the _____day of each month for _0_ months. The Plan provides for the payment of _____% of allowed claims for general unsecure creditors.

    b. ☒ The amount of each monthly plan payment is $<u>589.98</u> for months _1 thru 1_. For months _2 thru 2_, the monthly plan payment is $<u>640.96</u>, for months _3 thru 60_ the monthly plan payments is $<u>705.94</u>, for months_____the monthly plan payments is $_____. **[Repeat as needed]** The due date is _____day of each month. The Plan provides for the payment of _3_% of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*                   Page 1                 **F 3015-1.21.ORDER**

3.  Other provisions:

    a.  ☒ This is a base plan with the debtor(s) paying at least $42,110.48 of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

    b.  ☒ The Trustee is authorized to make payment to holders of secured claims based on the Plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

    c.  ☒ Counsel for debtor(s) is awarded fees of $4,000.00; having previously received $1,326.00 counsel is entitled to payment of $0 from the estate.

    d.  ☐ See attachment for additional provisions incorporated in this Order.

    e.  ☐ Interlineations:

<br>

###

<br>

DATED: December 22, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

April 2010                                    Page 2                          F 3015-1.21.ORDER

**EXHIBIT "D"**

logout

**Chapter 13 Trustee Online
Case Status System**

# Nancy Curry, Chapter 13 Standing Trustee

### Status of Claims as of 9/16/2011

### Case # 0943000 ER

GUERRERO, ANTONIO

50 Remaining of 60 Mos. from
Confirmation
Pay Unsecured 3.00%
Current Debtor Pmt: $705.94 / Monthly

TONY GUERRERO
1250 OAKRIDGE DR.
GLENDALE, CA 91205
Atty: JONATHAN P. COTHRAN

## Summary

| | | |
|---|---|---|
| **Filed:** 11/23/2009 | **Confirmed:** 11/24/2010 | **Base Amount:** $0.00    **Debtor Refunds:**$0.00 |
| **First Mtg:** 1/7/2010 9:00:00 AM | **Plan Filed:** 7/20/2010 | **Total Paid In:** $15,078.82 |
| | **Min to Unsecured:** $0.00 | **Balance on Hand:**  $1,205.94 |

## Payment Schedule

### Debtor

| Start Date | Start | Thru | Payment | Total Pmts | Type |
|---|---|---|---|---|---|
| 12/23/2009 | 1 | 1 | $589.98 | $589.98 | G |
| 1/23/2010 | 2 | 2 | $640.96 | $640.96 | G |
| 2/23/2010 | 3 | 60 | $705.94 | $40,944.52 | G |

## Payment History

| | | | | |
|---|---|---|---|---|
| **9/6/2011** $500.00 | **8/30/2011** $705.94 | **7/29/2011** $705.94 | **6/28/2011** $705.94 | **6/1/2011** $705.94 |
| **5/2/2011** $705.94 | **3/29/2011** $705.94 | **3/1/2011** $705.94 | **1/28/2011** $705.94 | **12/28/2010** $705.94 |
| **11/30/2010** $705.94 | **11/8/2010** $705.94 | **10/29/2010** $705.94 | **8/27/2010** $705.94 | **7/28/2010** $705.94 |
| **6/29/2010** $705.94 | **6/2/2010** $705.94 | **4/29/2010** $705.94 | **4/28/2010** $705.94 | **3/16/2010** $640.96 |
| **1/28/2010** $640.96 | **1/7/2010** $589.98 | | | |

Show Details

## Claims

| Creditor Name | Clm Num | Last Pymt | Cls | Int Rate | Fixed Pymt | Disb Code | Debt | Principal Paid | Claimed | Tot Int Pd | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHASE AUTO FINANCE | 201-0 | 9/13/2011 | S | 0.00% | $0.00 | 24 | $16,147.00 | $292.60 | $16,147.00 | $0.00 | $15,854.40 |
| ONEWEST BANK, FSB | 301-0 | 9/13/2011 | S | 0.00% | $0.00 | 24 | $32,417.33 | $10,020.75 | $32,417.33 | $0.00 | $22,396.58 |
| BANK OF AMERICA | 302-0 | | U | 0.00% | $0.00 | 33 | $3,260.09 | $0.00 | $108,669.68 | $0.00 | $3,260.09 |
| MEMORIAL HOSPITAL | 401-0 | | U | 0.00% | $0.00 | 33 | $0.00 | $0.00 | $0.00 | $0.00 | Not Filed |
| JONATHAN P. COTHRAN | 666-0 | 9/15/2010 | L | 0.00% | $0.00 | 10 | $4,000.00 | $2,674.00 | $4,000.00 | $0.00 | $0.00 |
| NANCY CURRY, TRUSTEE | 800-0 | 9/15/2010 | A | 0.00% | $0.00 | 70 | $100.00 | $100.00 | $100.00 | $0.00 | Hold |
| DEBTOR | 999-0 | 9/15/2010 | R | 0.00% | $0.00 | 70 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 |
| NANCY CURRY, TRUSTEE | TRS-0 | 7/19/2011 | T | 0.00% | $0.00 | 00 | $785.53 | $785.53 | $0.00 | $0.00 | $0.00 |

## Disbursement Details

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|---|---|---|---|---|---|
| 201-0 | CHASE AUTO FINANCE | | | | |

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|-----|------|--------|-----------|--------|------------|
| 201-0 | 9/13/2011 | 641139 | $292.60 | $0.00 | $292.60 |
|  |  | Total | $292.60 | $0.00 | $292.60 |
| **Clm** | **Date** | **Check#** | **Principal** | **Int Pd** | **Total Paid** |
| 301-0 | ONEWEST BANK, FSB |  |  |  |  |
| 301-0 | 9/13/2011 | 641643 | $413.35 | $0.00 | $413.35 |
| 301-0 | 7/19/2011 | 638708 | $1,355.40 | $0.00 | $1,355.40 |
| 301-0 | 6/16/2011 | 637286 | $645.94 | $0.00 | $645.94 |
| 301-0 | 5/18/2011 | 635970 | $645.94 | $0.00 | $645.94 |
| 301-0 | 4/18/2011 | 634572 | $645.94 | $0.00 | $645.94 |
| 301-0 | 2/17/2011 | 632243 | $649.47 | $0.00 | $649.47 |
| 301-0 | 1/18/2011 | 630990 | $649.46 | $0.00 | $649.46 |
| 301-0 | 12/16/2010 | 629829 | $5,015.25 | $0.00 | $5,015.25 |
|  |  | Total | $10,020.75 | $0.00 | $10,020.75 |
| **Clm** | **Date** | **Check#** | **Principal** | **Int Pd** | **Total Paid** |
| 666-0 | JONATHAN P. COTHRAN |  |  |  |  |
| 666-0 | 11/8/2010 | 0 | ($1,326.00) | $0.00 | ($1,326.00) |
| 666-0 | 9/15/2010 | 626850 | $4,000.00 | $0.00 | $4,000.00 |
|  |  | Total | $2,674.00 | $0.00 | $2,674.00 |
| **Clm** | **Date** | **Check#** | **Principal** | **Int Pd** | **Total Paid** |
| 800-0 | NANCY CURRY, TRUSTEE |  |  |  |  |
| 800-0 | 9/15/2010 | 626453 | $100.00 | $0.00 | $100.00 |
|  |  | Total | $100.00 | $0.00 | $100.00 |
| **Clm** | **Date** | **Check#** | **Principal** | **Int Pd** | **Total Paid** |
| 999-0 | DEBTOR |  |  |  |  |
| 999-0 | 11/8/2010 | 626906 | ($2,007.54) | $0.00 | ($2,007.54) |
| 999-0 | 9/15/2010 | 626906 | $2,007.54 | $0.00 | $2,007.54 |
|  |  | Total | $0.00 | $0.00 | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY CHAPTER13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA 90014

The foregoing document described as **TRUSTEE'S RESPONSE TO DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO A MATERIAL DEFAULT OF A PLAN PROVISION PURSUANT TO 11 U.S.C §1307(c)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/19/2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jonathan P Cothran    kczlawbk@gmail.com
- Nancy K Curry (TR)    ecfnc@trustee13.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com
- Lee S Raphael    cmartin@pprlaw.net
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  9/19/2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
Antonio Guerrero
1250 Oakridge Dr
Glendale, CA 91205

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/19/2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ernest M. Robles
U.S. Bankruptcy Court
Bin outside of Suite 1560
255 E. Temple St
Los Angeles, CA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/19/2011 | Carlos Robles | /s/ Carlos Robles |
|-----------|---------------|-------------------|
| *Date* | *Type Name* | *Signature* |